PROB 12B  
(7/93)

Report Date: August 16, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 22 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alfred Allison Hadlock        Case Number: 2:11CR00018-1 & 2:11CR00019-1

Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 8/8/2006        Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. 2113(a) and Robbery Affecting Commerce, Aiding and Abetting, 18 U.S.C. 1951(a) and 2        Date Supervision Commenced: 1/13/2011

Original Sentence: Prison - 78 Months;  
TSR - 36 Months        Date Supervision Expires: 1/12/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Recent contact with Mr. Hadlock suggests that the above-mentioned special condition #20 is appropriate. The offender disclosed that he consumed alcohol to excess in an attempt to self-medicate due to his failing health. On August 11, 2011, the undersigned officer met with Mr. Hadlock's primary care physician at the Veterans Administration Medical Center in Spokane, Washington. The physician is of the opinion that the above-noted condition is appropriate.

Consequently, it is requested that the Court modify the conditions of supervision to include the above-referenced condition.

Alfred Hadlock was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Hadlock has agreed to the proposed modifications.

Prob 12B
Re: Hadlock, Alfred Allison
August 16, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/16/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/22/11

Date